| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James N. Picciuto** | Social Security number or ITIN   xxx–xx–6218 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | **Donna L. Picciuto** | Social Security number or ITIN   xxx–xx–7277 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–13966–VFP | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James N. Picciuto                          Donna L. Picciuto

<u>6/1/18</u>                                 **By the court:** <u>Vincent F. Papalia</u>
                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-13966-VFP
James N. Picciuto                                                   Chapter 7
Donna L. Picciuto
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jun 01, 2018
                             Form ID: 318          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db/jdb        +James N. Picciuto,   Donna L. Picciuto,   8 Henry Street,   Succasunna, NJ 07876-1115
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
               Colorado Springs, CO 80962-2180
517361118     +Attorney General,   US Dept. of Justice,   Ben Franklin Station,   PO Box 683,
               Washington, DC 20044-0683
517361121     +FedLoan Servicing,   Attention: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
517361126     +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2018 22:29:18     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2018 22:29:17     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517361119     +EDI: BANKAMER.COM Jun 02 2018 02:23:00     Bank Of America,   Nc4-102-03-14,   Po Box 26012,
               Greensboro, NC 27420-6012
517361120     +E-mail/Text: bankruptcy.bnc@ditech.com Jun 01 2018 22:29:13     Ditech,   Attn: Bankruptcy,
               Po Box 6172,   Rapid City, SD 57709-6172
517361122     +EDI: FORD.COM Jun 02 2018 02:23:00     Frd Motor Cr,   Po Box Box 542000,
               Omaha, NE 68154-8000
517361123      EDI: IRS.COM Jun 02 2018 02:23:00     IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517361124     +EDI: CBSKOHLS.COM Jun 02 2018 02:23:00     Kohls/Capital One,   Kohls Credit,   Po Box 3043,
               Milwaukee, WI 53201-3043
517361125     +EDI: RMSC.COM Jun 02 2018 02:23:00     Syncb/Ashley Homestore,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
517364941     +EDI: RMSC.COM Jun 02 2018 02:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 9

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
          trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com,  nj45@ecfcbis.com
          David E. Sklar   on behalf of Debtor James N. Picciuto dsklar@scuramealey.com,
          ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David E. Sklar   on behalf of Joint Debtor Donna L. Picciuto dsklar@scuramealey.com,
          ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
          LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Rebecca Ann Solarz   on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7